IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: | Chapter 7 |
| Start Man Furniture, LLC, et al. | Case No.: 20-10553-CTG |
| Debtor. | |
| Alfred T. Giuliano, *in his capacity as Chapter 7 Trustee of Art Van Furniture, LLC, et al.* | **MEDIATION STATUS REPORT** |
| Plaintiff, | |
| v. | Adv. Proc. No.: 22-50170-CTG |
| Lifestyle Enterprise, Inc., et al., | |
| Defendant. | |

   In accordance with this Court's Order Assigning Adversary Proceeding to Mediation, the undersigned mediator reports that the mediation has not been completed and hereby provides a projected schedule for completion.

  _____  Mediation is scheduled to occur on _____.

  _____  A mediation session needs to be scheduled, but the mediator has been unable to arrange a date and time.

  __X__  OTHER: The Mediator expects to have a mediation date scheduled within the next 45 days.

Dated: July 14, 2025     Mediator

               */s/ Ian Connor Bifferato*
               Ian Connor Bifferato (DE #3273)
               The Bifferato Firm P.A.
               112 French St.
               Wilmington, DE 19801
               Tel. (302) 225-7600
               E-mail: cbifferato@tbf.legal