## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: | : Chapter 7 |
| | : |
| Start Man Furniture, LLC, et al. | : Case No.: 20-10553-CTG |
| | : |
| Debtor. | : |
| | : |
| | : |
| Alfred T. Giuliano, *in his capacity as Chapter 7 Trustee of Art Van Furniture, LLC, et al.* | : **MEDIATION STATUS REPORT** |
| Plaintiff, | : |
| v. | : Adv. Proc. No.: 22-50170-CTG |
| | : |
| Lifestyle Enterprise, Inc., et al., | : |
| | : |
| Defendant. | : |

In accordance with this Court's Order Assigning Adversary Proceeding to Mediation, the undersigned mediator reports that the mediation has not been completed and hereby provides a projected schedule for completion.

    _____       Mediation is scheduled to occur on _____.

    _____       A mediation session needs to be scheduled, but the mediator has been unable to arrange a date and time.

    __X__       OTHER:  The Mediator expects to have a mediation date scheduled within the next 30 days.

Dated: <u>March 24, 2026</u>          Mediator

            <u>*/s/ Ian Connor Bifferato*</u>
            Ian Connor Bifferato (DE #3273)
            The Bifferato Firm P.A.
            112 French St.
            Wilmington, DE  19801
            Tel. (302) 225-7600
            E-mail: cbifferato@tbf.legal